Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Jazaye Pollard*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jazaye Pollard,<br><br>              Plaintiff,<br>v.<br><br>Perdue Brandon Fielder Collins and Mott,<br><br>              Defendant. | Case No.: 2:20-cv-01368-JCM-VCF<br><br>**Notice of voluntary dismissal** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jazaye Pollard voluntarily dismisses this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED August 12, 2020.

                                      **KIND LAW**

                                     /s/ Michael Kind
                                     Michael Kind, Esq.
                                     8860 South Maryland Parkway, Suite 106
                                     Las Vegas, Nevada 89123
                                     *Attorney for Plaintiff Jazaye Pollard*